# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:11-CV-664** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **LETITIA L. FRYE-IRISH**, | : | |
| Defendant | : | |

## **O R D E R**

AND NOW, this 8th day of December, 2011, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 11) to confirm the November 3, 2011, United States Marshal sale of the foreclosed real property, located at 206 Charles Street, Towanda, PA 18848 is GRANTED. The United States Marshal is directed to execute and deliver to KAREN CHASE and SCOTT CHASE, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of LETITIA L. FRYE-IRISH, in and to the premises sold, located at 206 Charles Street, Towanda, PA 18848. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

      S/ Christopher C. Conner  
      CHRISTOPHER C. CONNER  
      United States District Judge