# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, : | CIVIL ACTION NO. 1:11-CV-664 |
| Plaintiff : | |
| : | **(Judge Conner)** |
| v. : | |
| : | |
| **LETITIA L. FRYE-IRISH**, : | |
| Defendant : | |

## **ORDER**

AND NOW, this 12th day of January, 2012, upon consideration of plaintiff's application for disbursement of proceeds (Doc. 13) from the sale of real property located at 206 CHARLES STREET, TOWANDA, PA 18848, and of the order of court dated December 8, 2011 (Doc. 12), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 13) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 13).

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge